### MERCHANTS SOUTHWEST FIREPROOF WAREHOUSE CO. v. JOHNSTON.

No. 16727—Opinion Filed Sept. 29, 1925.

(Syllabus.)

**Appeal and Error — Defective Record of Judgment.**

A mere recital in the clerk's minutes transcribed into the record does not constitute a judgment, and where no judgment of the trial court appears in the record, this court has no jurisdiction to review the case on appeal.

Error from District Court, Oklahoma County; Lucius Babcock, Judge.

Action by Earl T. Johnston against Merchants Southwest Fireproof Warehouse Company. Judgment for plaintiff, and defendant appeals. Dismissed.

J. Hugh Turner, for plaintiff in error.

Twyford & Smith, for defendant in error.

PER CURIAM. This case is appealed by transcript from the district court of Oklahoma county. This is an action to foreclose a chattel mortgage. There appears in the record the following recital copied from the clerk's minutes:

"At this time this case was called and jury all present and further hearing resumed; both sides rest and defendant demurs to entire evidence of plaintiff and moves the court to direct verdict for defendant; plaintiff moves to dismiss cause of action and amendment thereto without prejudice, to which the defendant objects and motion to dismiss sustained; exceptions allowed. Demurrer of defendant and motion for directed verdict overruled; defendant excepts; defendant moves to dismiss its cross-petition without prejudice; motion sustained; plaintiff moves for judgment on his amended petition for foreclosure of chattel mortgage to satisfy judgment in cause No. 43732; defendant objects; motion sustained and judgment rendered as per J. E. to which defendant excepts and gives notice of appeal and clerk is directed to enter same on trial docket."

This recital does not constitute a judgment, and there being no judgment of the trial court in the record, this court has no

jurisdiction to review the case on appeal. Schuck v. Moore, 48 Okla. 533, 150 Pac. 461; Negin v. Picher Lumber Co., 77 Okla. 285, 186 Pac. 205; Lillard v. Meisberger, 113 Okla. 228, 240 Pac. 1067.

The appeal is dismissed.

Note.—See under (1) 4 C. J. pp. 45, § 1622, 46, § 1624, 165, § 1772.